UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
MAY 28 2015
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                     INDICTMENT NO. 6:15-CR-24-GFVT

JAMES TRAVIS CARNES

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about April 24, 2013, in Whitley County, in the Eastern District of Kentucky,

**JAMES TRAVIS CARNES**

did knowingly and intentionally distribute a quantity of pills containing hydrocodone, a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about October 21, 2013, in Whitley County, in the Eastern District of Kentucky,

**JAMES TRAVIS CARNES,**

having been convicted in a court of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, an Essex, 12 gauge shotgun, SN: 2387200, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about October 21, 2013, in Whitley County, in the Eastern District of Kentucky,

**JAMES TRAVIS CARNES**

did knowingly and intentionally distribute a substance containing buprenorphine, a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

_____

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 3:** Not more than 10 years imprisonment, a $500,000 fine, and at least 2 years supervised release.

**If prior felony drug conviction:** Not more than 20 years imprisonment, a $1,000,000 fine, and at least 4 years supervised release.

**COUNT 2:** Not more than 10 years imprisonment, a $250,000.00 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture allegations.